# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MICHAEL RENSHAW,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BIRD, M.D., et al.,<br><br>Defendants.<br>_____ / | Case No. 1:14-cv-00302-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 8 and 9)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Jacob Michael Renshaw, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 4, 2014. On June 5, 2015, the Court dismissed Plaintiff's amended complaint for failure to state a claim under section 1983 and ordered Plaintiff to file a second amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983. This dismissal is subject to the "three-strikes" provision

///

///

set forth in 28 U.S.C. § 1915(g).  *Coleman v. Tollefson*, __ U.S. __, __, 125 S.Ct. 1759, 1765 (2015).

IT IS SO ORDERED.

Dated:   **July 30, 2015**                                              **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE